IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR ADALY BARAHONA-VILLANUEVA,<br><br>　　　　　　Defendant. | 8:24-CR-163<br><br>**ORDER FOR DISMISSAL** |

　　　This matter is before the Court on Plaintiff's Motion to Dismiss the criminal Indictment without prejudice against defendant Hector Adaly Barahona-Villanueva. Filing 18. The Court finds the motion should be granted. Accordingly,

　　　IT IS ORDERED THAT the United States' Motion to Dismiss, Filing 18, is granted and the criminal Indictment is dismissed without prejudice.

　　　Dated this 12th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge